**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAVID KISSI** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 1:08-cv-01870 (RBW)** |
| **DAVID PANZER, et al.** | : | |
| **Defendants.** | : | |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 1 and 26(c), Defendants EMC Mortgage Corporation ("EMC") and David Panzer (collectively "Defendants"), by and through counsel, hereby jointly move this Court for a Protective Order regarding Discovery Requests served on Defendants with a postmark date of December 10, 2008. The Discovery Requests, which are submitted as Exhibit 1 to the attached Memorandum, are incomplete and are missing a signature and a certificate of service. The Memorandum of Points and Authorities in support of this motion is incorporated herein by reference and states in detail the grounds and authorities for this Motion.

Plaintiff's Discovery Requests are improper because they are premature pursuant to Rules 16 and 26, and are barred by the doctrines of *res judicata* and collateral estoppel. Further, this Court recently entered a Protective Order on similar grounds in the related case *Kissi v. EMC Mortgage Corporation, et al.*, Case No. 1:08-cv-01796 (RBW).

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant Defendants' Motion and issue a Protective Order pursuant to Federal Rules of Procedure 1

and 26(c) relieving Defendants from responding to any discovery requests promulgated by Plaintiff in accordance with Federal Rules of Civil Procedure 16 and 26.

Dated: January 8, 2009

Respectfully submitted,

/s/Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr. (D.C. Bar #376098)
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
Tel. (202) 331-3100
Fax. (202) 331-3101
saunderss@gtlaw.com

*Counsel for EMC Mortgage Corporation and David Panzer*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2009, I served the foregoing **Joint Motion for Protective Order,** and Proposed Order, by ECF, and also served a copy by U.S. mail, postage prepaid upon:

David Kissi
325 Pennsylvania Avenue, SE
Washington, DC 20003
*And*
David Kissi
#38348037
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

William Ampofo
12138 Central Avenue
Bowie, MD 20720

Benedict Akanegbu
12138 Central Avenue
Bowie, MD 20720

Avalar Smart Choice Realty
12606 Henderson Chapel Lane
Bowie, MD 20720

Kwaku D. Ofori
14421 Fairdale Road
Silver Spring, MD 20905

Elias Osefo
4117 Buckingham Road
Gwynn Oak, MD 21207

Cecilia Osefo
4117 Buckingham Road
Gwynn Oak, MD 21207

Patrick O. Ogbeide
15018 Running Park Court
Bowie, MD 20715

/s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr.